ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 1 1 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:09-CR-160-A |
| | § |
| ISIDRO LOZANO (7) | § |

## FACTUAL RESUME

INDICTMENT:

    Count One:  Conspiracy to Smuggle Goods from the United States in violation of 18 U.S.C. § 371 (18 U.S.C. § 554).

PLEA:

    Count One:  Conspiracy to Smuggle Goods from the United States in violation of 18 U.S.C. § 371 (18 U.S.C. § 554).

PENALTIES:

    The penalties the Court can impose include:

    a.    imprisonment for a period not more than five (5) years;

    b.    a fine not to exceed $250,000, or twice the amount of criminally derived property involved in the transaction(s);

    c.    a term of supervised release of not more than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release;

    d.    a mandatory special assessment of $100;

e.   forfeiture of money and property;

f.   costs of incarceration and supervision.

ESSENTIAL ELEMENTS OF THE OFFENSES:

To establish the offense alleged in Count One of the Indictment, the government must prove the following elements beyond a reasonable doubt:

First:   That the defendant and at least one other person made an agreement to commit the crime of smuggling goods from the United States as described in 18 U.S.C. §554 as charged in the indictment;

Second:   That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with intent to further the unlawful purpose; and,

Third:   That one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the indictment in order to accomplish some object or purpose of the conspiracy.

The elements of 18 U.S.C. §554 are as follows:

First:   That the defendant fraudulently and knowingly received, concealed, bought or facilitated the transportation, concealment and sale, prior to export from the United States of merchandise, articles and objects, that is firearms;

Second:   That the articles were listed on the United States Munitions List at the time of the offense;

Third:   The defendant failed to obtain a license from the U.S. Department of State before exporting, or attempting to export the defense articles as required by 22 U.S.C. § 2778; and

Fourth:   The defendant acted willfully.

STIPULATED FACTS:

1. From on or about June 14, 2006, until at least October 21, 2009, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant, along with Javier Rosales and Eduardo Flores, did knowingly and willfully combine, conspire, confederate and agree together and with each other and with others known and unknown to commit offenses against the United States, including violations of 18 U.S.C. § 554(a), that is, to fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States any merchandise, object and article contrary to law and regulation of the United States, that is, firearms and ammunition; and to receive, conceal, buy, sell, and in any other manner facilitate the transportation, concealment, and sale of said firearms and ammunition, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, specifically, 22 U.S.C. § 2278.

2. On or about October 16, 2009, the defendant ~~received~~ *MRD* Isidro Lozano received six Colt, Law Enforcement Carbine 5.56 rifles, model LE6920, a Colt .38 Super Pistol, 200 pistol magazines, and 25 AR-15 magazines from Javier Rosales for the purpose of storing the weapons prior to driving them to McAllen, Texas. The defendant had been introduced to the conspiracy by Eduardo Flores. The defendant admits that these weapons were listed as prohibited weapons in the U.S.

Factual Resume - Page 3

Munitions List   The defendant knew that the weapons in his possession were intended to be illegally and wrongfully exported to Mexico.

SIGNED on this 7TH day of DECEMBER, 2009.

_____          _____
ISIDRO LOZANO                             MARK DANIELSON
Defendant                                 Attorney for Defendant